# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16cr2970-DMS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Alejandra Sarabia-Munoz, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- ☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- ☐ the Court has dismissed the case for unnecessary delay; or

- ☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

- ☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

- ☐ a jury has been waived, and the Court has found the defendant not guilty; or

- ☐ the jury has returned its verdict, finding the defendant not guilty;

- ☒ of the offense(s) as charged in the Indictment/Information:

  21:952 and 960 - Importation of Methamphetamine (Felony)

Dated: 4/17/2018

Hon. William V. Gallo
United States District Judge

FILED
APR 17 2018
SOUTHERN DISTRICT OF CALIFORNIA
BY